STATE of Missouri, Respondent,

v.

**Robert D. JOY, Appellant.**

No. 75344.

Missouri Court of Appeals,
Eastern District,
Division Three.

July 27, 1999.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Sept. 14, 1999.

Application for Transfer Denied
Oct. 26, 1999.

Ellen H. Flottman, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Kenneth P. Ferguson, Asst. Atty. Gen., Jefferson City, for respondent.

Before RICHARD B. TEITELMAN, P.J., CLIFFORD H. AHRENS and LAWRENCE E. MOONEY, JJ

**ORDER**

PER CURIAM.

Robert D. Joy (Defendant) appeals the judgment entered following his jury con-

victions for second degree burglary and felony stealing, in violation of sections 569.170, RSMo 1994, and section 570.030, RSMo Cum.Supp.1994. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).